UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------

JAMES M. BALL,

                              Plaintiff,

                    v.                          Index No. 12-CV-

ST. JOHN'S UNIVERSITY, DONALD                   <u>CERTIFICATE OF SERVICE</u>
HARRINGTON, individually and as President of St.
John's University, DANIEL TRUJILLO, individually
and as Dean at St. John's University, JACK FLYNN,
individually and as Director of Student Conduct at St.
John's University, KATHLEEN MCELROY,
individually and as Chair of the hearing panel, and
"JOHN DOES" 1 through 5 as those unknown
members of the St. John's University administration,
PAIGE MILLER, EDWIN BIRMIGHAM, and
TRACEY MILLER-BIRMINHAM,

                              Defendants.

------------------------------------------------------------------

      **MICHAEL GOETTIG,** an attorney duly admitted to practice before the courts of the

Eastern District of New York, affirms upon penalty of perjury pursuant to 28 U.S.C. § 1746 that

the following statements are true:

      1. I am over the age of eighteen, am not a party to this action, and reside in Brooklyn,

New York.

      2. On September 26, 2011, I caused a true copy of the within **NOTICE OF**

**REMOVAL, with attachments,** in the above captioned matter to be served upon the following

by causing the same to be deposited into the custody of an overnight delivery service for

overnight delivery prior to the latest time designated by the service for such delivery, addressed

as follows:

Law Office of Ann Ball, P.C.
357 Veteran Memorial Highway
Commack, N.Y. 11725
*Counsel for Plaintiff*
*James M. Ball*

James Moschella, Esq.
Karasyk & Moschella, LLP
225 Broadway, 32nd Floor
New York, N.Y. 10007
*Counsel for Defendants*
*Paige Miller, Edwin Birmingham,*
*and Tracey Miller-Birmingham*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
      September 26, 2012

By: /s/ Michael J. Goettig
    Michael J. Goettig