UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------

JAMES M. BALL,

        Plaintiff,

    -against-

ST. JOHN'S UNIVERSITY, DONALD HARRINGTON, individually and as President of St. John's University, DANIEL TRUJILLO, individually and as Dean at St. John's University, JACK FLYNN, individually and as Director of Student Conduct at St. John's University, KATHLEEN MCELROY, individually and as Chair of the hearing panel, and "JOHN DOES" 1 through 5 as those unknown members of the St. John's University administration, PAIGE MILLER, EDWIN BIRMIGHAM, and TRACEY MILLER-BIRMINHAM,

        Defendants.

----------------------------------------

Index No. 12-CV-

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Defendant St. John's University, by its attorneys, Vedder Price P.C., certify, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that the following are its corporate parents, subsidiaries, or affiliates which are publicly held: None.

Dated: New York, New York  
       September 26, 2012

Respectfully submitted,

VEDDER PRICE P.C.

By: /s/ Lyle S. Zuckerman
    Lyle S. Zuckerman
    Michael J. Goettig

    1633 Broadway, 47th Floor
    New York, New York  10019
    (212) 407-7700

    *Attorneys for Defendants*
    *St. John's University, Donald Harrington,*
    *Daniel Trujillo, Jack Flynn and*
    *Kathleen McElroy*